# PAUL HASTINGS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6-22-12

1(212) 318-6696
jamesgrogan@paulhastings.com

June 21, 2012

Honorable Andrew L. Carter, Jr.
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
ALCarterNYSDChambers@nysd.uscourts.gov

**VIA Electronic Mail**

Re:   Fairpoint Communications, Inc. et al. v. segTEL, Inc. et al., Adv. Pro. No. 11-01759-brl / Case
      No. 1:12 Civ. 04657 (ALC) – **Request for Stay Through July 31, 2012**

Your Honor:

I am writing with respect to the pending Motion of segTEL, Inc. and segNET Technologies, Inc. to Withdraw the Reference from United States Bankruptcy Judge Burton R. Lifland in the adversary proceeding referenced above.

The parties recently appeared before Judge Lifland in this adversary proceeding and agreed on the record that, among other things, the Motion to Withdraw the Reference as well as any other matters before Your Honor should be stayed through July 31, 2012 to allow the parties to discuss a settlement of their disputes.

If the parties' agreement to a stay has the Court's approval, we respectfully request that Your Honor endorse this letter as an order of the Court, thereby staying the Motion to Withdraw the Reference through July 31, 2012.

Should you have any questions, we will make ourselves available at the convenience of the court.

Respectfully submitted,

*James T. Grogan*
(Signed with permission/LAH)
James T. Grogan
for PAUL HASTINGS LLP

**SO ORDERED:**

*Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE   6-22-12

Paul Hastings LLP  |  75 East 55th Street  |  New York, NY 10022
t: +1.212.318.6000  |  www.paulhastings.com

# PAUL
# HASTINGS

Honorable Andrew L. Carter, Jr.
June 21, 2012
Page 2


cc:     Mr. Schuyler G. Carroll,
        Perkins Coie LLP
        30 Rockefeller Plaza, 25th Floor
        New York, NY 10112
        SCarroll@perkinscoie.com

        - and -

        Ms. Jeanette L. Thomas,
        Perkins Coie LLP
        1120 N.W. Couch Street
        Tenth Floor
        Portland, Oregon 97209-4128
        JThomas@perkinscoie.com

        Counsel to SegTel, Inc. and Segnet Technologies, Inc.

JTG

Paul Hastings LLP  |  75 East 55th Street  |  New York, NY 10022
t: +1.212.318.6000  |  www.paulhastings.com